McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY KEONON, ) | 1:05-cv-0011 OWW LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter be extended from July 18, 2005 to August 19, 2005.

///

///

///

///

///

///

1

1   This is defendant's first request for an extension of time
2 to respond to plaintiff's confidential letter.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                                    Respectfully submitted,

7 Dated: July 18, 2005          /s/ Gina M. Fazio
                                (As authorized via facsimile)
8                               GINA M. FAZIO
                                Attorney for Plaintiff

11 Dated: July 18, 2005          McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
14                               Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 22, 2005**            **/s/ Lawrence J. O'Neill**
19 b9ed48                           UNITED STATES MAGISTRATE JUDGE

2