Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

SY KEONON )
) Civil Action No. 1:05-CV-0011 OWW LJO
)
Plaintiff, ) STIPULATION AND ORDER
)
vs. )
)
JO ANNE B. BARNHART, )
Commissioner of Social )
Security, )
)
Defendant. )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 15, 2006, in which to file and serve Plaintiff's Opening brief. Plaintiff's counsel requests the extension to further review the file and prepare arguments. All remaining actions under the scheduling order filed, January 5, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated: December 16, 2005           /s/ Gina Fazio

2 |                                                       GINA FAZIO,
  |                                                       Attorney for Plaintiff.
3 |
  | Dated: December 20, 2005
4 |                                                       MCGREGOR SCOTT
  |                                                       United States Attorney
5 |
  |                                                       By: /s/ Kristi C. Kapetan
6 |                                                       (as authorized via facsimile)
  |                                                       KRISTI C. KAPETAN
7 |                                                       Assistant U.S. Attorney
  | IT IS SO ORDERED.
8 |
  | **Dated:   December 22, 2005**             **/s/ Lawrence J. O'Neill**
9 | b9ed48                                                 UNITED STATES MAGISTRATE JUDGE